# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO CRUZ HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 12-00520-DMG (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this case dismissed with prejudice.

DATED:  April 1, 2013

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE